UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXHCHANGE          :
COMMISSION,

                                  :

                    Plaintiff,            05 Civ. 2192 (WHP)

                                  :

          -against-               :

NORTHSHORE ASSET
MANAGEMENT et al.,                :

                    Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,

                                  :

                    Plaintiff,            06 Civ. 5024 (WHP)

                                  :

          -against-               :

                                  :

UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,            :

                    Defendants.

                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,

                                  :

                    Plaintiff,            06 Civ. 5564 (WHP)

                                  :

          -against-               :

                                  :

LEO SPHIZ,

                    Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for                :
Northshore Asset Management, LLC et. al.,
                                                 :

                             Plaintiff,          :          06 Civ. 5565 (WHP)

                                                 :
             -against-
                                                 :
RICHARD WHARTON,

                             Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for                :
Northshore Asset Management, LLC et. al.,
                                                 :

                             Plaintiff,          :          06 Civ. 5566 (WHP)

                                                 :
             -against-
                                                 :
JIM PORTER,

                             Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for                :
Northshore Asset Management, LLC et. al.,
                                                 :

                             Plaintiff,          :          06 Civ. 5567 (WHP)

                                                 :
             -against-
                                                 :
MELVIN NEWMAN,

                             Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                        Plaintiff,              06 Civ. 7770 (WHP)
                                          :
            -against-
                                          :
WALTER SCHWAB,

                        Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                        Plaintiff,              07 Civ. 1001 (WHP)
                                          :
            -against-
                                          :
GLENN SHERMAN et. al.,
                                          :
                        Defendants.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                        Plaintiff,              07 Civ. 1208 (WHP)
                                          :
            -against-
                                          :
BLOOMBERG, L.P. et. al.,

                        Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,

          :

          Plaintiff,          07 Civ. 1212 (WHP)

          :

      -against-

          :

BOMBARDIER TRUST (CANADA) et. al.,

          :

          Defendants.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,

          :

          Plaintiff,          07 Civ. 1217 (WHP)

          :

      -against-

          :

FONDATION J. ARMAND BOMBARDIER,

          :

          Defendant.

          :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,

          :

          Plaintiff,          07 Civ. 4832 (WHP)

          :

      -against-

          :

JOEL ASH,

          :

          Defendant.

          :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

4

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :

                    Plaintiff,            :          07 Civ. 4833 (WHP)

                                          :
           -against-
                                          :
STEPHEN A. ALDERMAN,

                    Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :

                    Plaintiff,            :          08 Civ. 2390 (WHP)

                                          :
           -against-
                                          :
FONDATION LUCIE ET ANDRE
CHAGNON,                                  :

                    Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

    The Receiver is directed to file a statement summarizing Kaye Scholer LLP's

monthly fees and expenses, as listed in Exhibit 3 of the Receiver's Report dated March 12, 2008,

by each litigated matter identified in Exhibit 5 of his March 12, 2008 Report and any other

corporate, investigative, or other non-litigated matters, as maintained in Kaye Scholer's business

records. The Receiver shall file the statement by March 19, 2008 and provide two courtesy

copies to Chambers.  The Receiver is also directed to serve copies of this Order on all counsel in the related actions and all interested parties and file an affidavit of service.

Dated: March 17, 2008
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*