USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X

SECURITIES AND EXHCHANGE : 
COMMISSION,
: 
                  Plaintiff,            05 Civ. 2192 (WHP)
:
           -against-
:
NORTHSHORE ASSET
MANAGEMENT et al., :

                Defendants. :

------------------------------- X
------------------------------- X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:
                Plaintiff,           06 Civ. 5024 (WHP)
:
           -against-
:
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al., :

                Defendants. :

------------------------------- X
------------------------------- X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:
                Plaintiff,           06 Civ. 5564 (WHP)
:
           -against-
:
LEO SPHIZ,

                Defendant. :

------------------------------- X

------------------------------- X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
: 
                        Plaintiff,                  06 Civ. 5565 (WHP)
: 
                -against-
: 
RICHARD WHARTON,
: 
                        Defendant.  :
-----------------------------------X
-----------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
: 
                        Plaintiff,                  06 Civ. 5566 (WHP)
: 
                -against-
: 
JIM PORTER,
: 
                        Defendant.  :
-----------------------------------X
-----------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
: 
                        Plaintiff,                  06 Civ. 5567 (WHP)
: 
                -against-
: 
MELVIN NEWMAN,
: 
                        Defendant.  :
-----------------------------------X
-----------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
:

|  |  |
|---|---|
| Plaintiff, | 06 Civ. 7770 (WHP) |
| -against- | |
| WALTER SCHWAB, | |
| Defendant. | |

------------------------------X

------------------------------X

|  |  |
|---|---|
| ARTHUR STEINBERG as receiver for Northshore Asset Management, LLC et. al., | |
| Plaintiff, | 07 Civ. 1001 (WHP) |
| -against- | |
| GLENN SHERMAN et. al., | |
| Defendants. | |

------------------------------X

------------------------------X

|  |  |
|---|---|
| ARTHUR STEINBERG as receiver for Northshore Asset Management, LLC et. al., | |
| Plaintiff, | 07 Civ. 1208 (WHP) |
| -against- | |
| BLOOMBERG, L.P. et. al., | |
| Defendants. | |

------------------------------X

```
------------------------------ X
```

ARTHUR STEINBERG as receiver for         :
Northshore Asset Management, LLC et. al.,
                                         :
            Plaintiff,                              07 Civ. 1212 (WHP)
                                         :
      -against-
                                         :
BOMBARDIER TRUST (CANADA) et. al.,
                                         :
            Defendants.
                                         :
```
------------------------------ X
------------------------------ X
```

ARTHUR STEINBERG as receiver for         :
Northshore Asset Management, LLC et. al.,
                                         :
            Plaintiff,                              07 Civ. 1217 (WHP)
                                         :
      -against-
                                         :
FONDATION J. ARMAND BOMBARDIER,
                                         :
            Defendant.
                                         :
```
------------------------------ X
------------------------------ X
```

ARTHUR STEINBERG as receiver for         :
Northshore Asset Management, LLC et. al.,
                                         :
            Plaintiff,                              07 Civ. 4832 (WHP)
                                         :
      -against-
                                         :
JOEL ASH,
                                         :
            Defendant.
                                         :
```
------------------------------ X
```

------------------------------ X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
                                  :
        Plaintiff,                            07 Civ. 4833 (WHP)
                                  :
    -against-
                                  :
STEPHEN A. ALDERMAN,

        Defendant.                :

------------------------------ X
------------------------------ X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
                                  :
        Plaintiff,                            08 Civ. 2390 (WHP)
                                  :
    -against-
                                  :
FONDATION LUCIE ET ANDRE
CHAGNON,                          :

        Defendant.                :

------------------------------ X

## ORDER

WILLIAM H. PAULEY III, District Judge:

      Jury Selection (if necessary) and trial are adjourned from May 12, 2008 to May 14, 2008 in the actions consolidated for trial (05-Civ-2192 and 07-Civ-1001).

Dated:    April 18, 2008
           New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*All Counsel of Record*

Case 1:08-cv-02390-WHP   Document 14   Filed 04/21/2008   Page 6 of 6