USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SECURITIES AND EXHCHANGE      :
COMMISSION,
                              :
            Plaintiff,            05 Civ. 2192 (WHP)
                              :
      -against-
                              :
NORTHSHORE ASSET
MANAGEMENT et al.,            :

            Defendants.       :
------------------------------------X
------------------------------------X

ARTHUR STEINBERG as receiver for   :
Northshore Asset Management, LLC et. al.,
                              :
            Plaintiff,            06 Civ. 5024 (WHP)
                              :
      -against-
                              :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,        :

            Defendants.       :
------------------------------------X
------------------------------------X

ARTHUR STEINBERG as receiver for   :
Northshore Asset Management, LLC et. al.,
                              :
            Plaintiff,            06 Civ. 5564 (WHP)
                              :
      -against-
                              :
LEO SPHIZ,
                              :
            Defendant.        :
------------------------------------X

```
------------------------------ X

ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
                   Plaintiff,              06 Civ. 5565 (WHP)
                                      :
         -against-
                                      :
RICHARD WHARTON,
                                      :
                   Defendant.         :

------------------------------ X

------------------------------ X

ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
                   Plaintiff,              06 Civ. 5566 (WHP)
                                      :
         -against-
                                      :
JIM PORTER,
                                      :
                   Defendant.         :

------------------------------ X

------------------------------ X

ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
                   Plaintiff,              06 Civ. 5567 (WHP)
                                      :
         -against-
                                      :
MELVIN NEWMAN,
                                      :
                   Defendant.         :

------------------------------ X
```

------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
                                 :
              Plaintiff,              06 Civ. 7770 (WHP)
                                 :
     -against-
                                 :
WALTER SCHWAB,
                                 :
              Defendant.         :
------------------------------X

------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
                                 :
              Plaintiff,              07 Civ. 1001 (WHP)
                                 :
     -against-
                                 :
GLENN SHERMAN et. al.,
                                 :
              Defendants.        :
------------------------------X

------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
                                 :
              Plaintiff,              07 Civ. 1208 (WHP)
                                 :
     -against-
                                 :
BLOOMBERG, L.P. et. al.,
                                 :
              Defendants.        :
------------------------------X

```
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                        07 Civ. 1212 (WHP)
                                        :
     -against-
                                        :
BOMBARDIER TRUST (CANADA) et. al.,
                                        :
              Defendants.
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                        07 Civ. 1217 (WHP)
                                        :
     -against-
                                        :
FONDATION J. ARMAND BOMBARDIER,
                                        :
              Defendant.
                                        :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                        07 Civ. 4832 (WHP)
                                        :
     -against-
                                        :
JOEL ASH,
                                        :
              Defendant.
                                        :
------------------------------X
```

```
------------------------------X
```

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                         :
                Plaintiff,         07 Civ. 4833 (WHP)
                                         :
        -against-
                                         :
STEPHEN A. ALDERMAN,
                                         :
                Defendant.         :

```
------------------------------X
------------------------------X
```

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                         :
                Plaintiff,         08 Civ. 2390 (WHP)
                                         :
        -against-
                                         :
FONDATION LUCIE ET ANDRE
CHAGNON,                                 :

                Defendant.         :

```
------------------------------X
```

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Oral arguments on the motions to dismiss filed by Fondation J. Armand Bombardier and Bombardier Trust (07-Civ-1212, 07-Civ-1217), the Receiver's motions for leave to conduct discovery (07-Civ-1212, 07-Civ-1217), Francis Saldutti's motion to dismiss and for summary judgment (05-Civ-2192), and the SEC's motion for partial

summary judgment (05-Civ-2192) are adjourned from 11:00 a.m. to 2:30 p.m. on April 17, 2008.

Dated:  April 16, 2008
        New York, New York

SO ORDERED:

WILLIAM H. PAULEY III<br>
U.S.D.J.

*All Counsel of Record*