UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXHCHANGE  :
COMMISSION,
                                    :
            Plaintiff,                              05 Civ. 2192 (WHP)
                                    :
    -against-
                                    :
NORTHSHORE ASSET
MANAGEMENT et al.,                  :

            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
            Plaintiff,                              06 Civ. 5024 (WHP)
                                    :
    -against-
                                    :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,              :

            Defendants.
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
            Plaintiff,                              06 Civ. 5564 (WHP)
                                    :
    -against-
                                    :
LEO SPHIZ,

            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for  : 
Northshore Asset Management, LLC et. al., 
                                       : 
                Plaintiff,                06 Civ. 5565 (WHP) 
                                       : 
         -against- 
                                       : 

RICHARD WHARTON, 

               Defendant.    : 

------------------------------X 

------------------------------X 

ARTHUR STEINBERG as receiver for  : 
Northshore Asset Management, LLC et. al., 
                                       : 
                Plaintiff,                06 Civ. 5566 (WHP) 
                                       : 
         -against- 
                                       : 

JIM PORTER, 

               Defendant.    : 

------------------------------X 

------------------------------X 

ARTHUR STEINBERG as receiver for  : 
Northshore Asset Management, LLC et. al., 
                                       : 
                Plaintiff,                06 Civ. 5567 (WHP) 
                                     : 
         -against- 
                                       : 

MELVIN NEWMAN, 

               Defendant.    : 

------------------------------X 

------------------------------X 

ARTHUR STEINBERG as receiver for  : 
Northshore Asset Management, LLC et. al., 
                                       :

|  |  |
|---|---|
| Plaintiff, | 06 Civ. 7770 (WHP) |
| -against- | |
| WALTER SCHWAB, | |
| Defendant. | |

---------------------------------X

---------------------------------X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

        Plaintiff,        07 Civ. 1001 (WHP)

        -against-

GLENN SHERMAN et. al.,

        Defendants.

---------------------------------X

---------------------------------X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

        Plaintiff,        07 Civ. 1208 (WHP)

        -against-

BLOOMBERG, L.P. et. al.,

        Defendants.

---------------------------------X

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                    Plaintiff,                     07 Civ. 1212 (WHP)
                                          :
            -against-
                                          :
BOMBARDIER TRUST (CANADA) et. al.,
                                          :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                    Plaintiff,                     07 Civ. 1217 (WHP)
                                          :
            -against-
                                          :
FONDATION J. ARMAND BOMBARDIER,
                                          :
                    Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                    Plaintiff,                     07 Civ. 4832 (WHP)
                                          :
            -against-
                                          :
JOEL ASH,
                                          :
                    Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
------------------------------X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                Plaintiff,                        07 Civ. 4833 (WHP)
                                        :
        -against-
                                        :
STEPHEN A. ALDERMAN,

                Defendant.              :

------------------------------X
------------------------------X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                Plaintiff,                        08 Civ. 2390 (WHP)
                                        :
        -against-
                                        :
FONDATION LUCIE ET ANDRE
CHAGNON,                                :

                Defendant.              :

------------------------------X
```

## ORDER

WILLIAM H. PAULEY III, District Judge:

       This Court will hold a telephonic status conference in the actions consolidated for trial (05-Civ-2192 and 07-Civ-1001) on May 6, 2008 at 4:00 p.m.

Dated:   May 5, 2008
           New York, New York

                                             SO ORDERED:

                                         WILLIAM H. PAULEY III
                                                U.S.D.J.

*All Counsel of Record*

*All Counsel of Record*