UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
 :
      Plaintiff,     ~~07 Civ. 1212~~ (WHP)
 :     08 Civ. 2390 (WHP)
   -against-      ORDER
 :
FONDATION LUCIE ET ANDRE CHAGNON,
 :
      Defendant.
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

   The parties having settled this action (05 Civ. 2192, Docket No. 483), the Clerk of the Court is directed to mark this case as closed.

Dated: June 19, 2009
   New York, New York

              SO ORDERED:

              WILLIAM H. PAULEY III
                 U.S.D.J.

*All Counsel of Record*